UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | | |
|---|---|---|---|---|
| Case No. | 2:25-cv-00910-SPG-RAO | (JS-6) | Date | March 20, 2025 |
| Title | James Clark v. Flagstar Bank, et al. | | | |

| Present: The Honorable | SHERILYN PEACE GARNETT<br>UNITED STATES DISTRICT JUDGE |
|---|---|
| P. Gomez | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:**   (IN CHAMBERS) DISMISSAL FOR FAILURE TO PAY FILING FEES

On February 3, 2025, Plaintiff James Clark ("Plaintiff") filed an application to proceed In Forma Pauperis. (ECF No. 4). On February 11, 2025, the Court issued an order postponing ruling on the application for thirty days so that Plaintiff could provide additional information. (ECF No. 8). Specifically, pursuant to its authority under 28 U.S.C. § 1915(e)(2)(B), the Court ordered Plaintiff to file an amended complaint within thirty days because (1) the complaint was overly long, in violation of Federal Rule of Civil Procedure 8(a)(2); (2) the claims appeared to be improperly based on unrelated events spanning more than a decade; and (3) it appeared that many of the claims were barred by res judicata. (*Id.*). The Court indicated in its order that "[t]he failure to file an Amended Complaint . . . may result in dismissal of this action."

More than thirty days have passed since the Court issued its order, and Plaintiff has not filed an amended complaint or otherwise paid the filing fees. Accordingly, the Court DISMISSES this case, without prejudice to refiling a new case.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer   pg